IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 18-30504 |
| ) | Chapter 7 |
| CAROL JEAN LANE, ) | |
| ) | |
| Debtor. ) | |
| ) | |

**EX PARTE MOTION FOR RULE 2004 EXAMINATION OF**
**DEBTOR CAROL JEAN LANE**

John W. Taylor, Trustee for the bankruptcy estate of Carol Jean Lane, respectfully moves the Court for an Order authorizing the Trustee to conduct a 2004 examination of the Debtor Carol Jean Lane (the "Debtor"). This Motion is filed pursuant to Rules 2004 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, the Trustee shows the Court as follows:

1. On March 30, 2018, the Debtor filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Western District of North Carolina; Bankruptcy Case No. 18-30504.

2. The Trustee is the duly appointed and acting Chapter 7 Trustee in the above captioned bankruptcy case.

3. Federal Rule of Bankruptcy Procedure 2004 provides that the Court may order an examination under oath of any entity on motion of any party in interest.

4. The Trustee needs additional information from the Debtor to properly administer the bankruptcy estate.

5. The Trustee believes that it is in the best interests of the bankruptcy estate that the information be obtained through a 2004 examination.

6. The Trustee requests that he be authorized to examine the Debtor under oath to inquire about the acts, conduct, property, liabilities and financial condition of the Debtor, or any other matter which may affect the administration of the Debtor's estate.

7. The Trustee has been in contact with the Debtor's counsel, and the parties have agreed to conduct the Debtor's 2004 examination on February 7, 2019 at 10:00 a.m. in the office of John W. Taylor, P.C., 4600 Park Road, Suite 420, Charlotte, NC 28209.

WHEREFORE, the Trustee prays the Court for an Order directing the Debtor Carol Jean Lane to appear and submit to her 2004 examination under oath on February 7, 2019 at 10:00 a.m. at the office of John W. Taylor, P.C., 4600 Park Road, Suite 420, Charlotte, NC 28209.

DATED this 20th day of January, 2019.

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Trustee
4600 Park Road, Suite 420
Charlotte, NC  28209
Telephone:  (704) 540-3622